ACCEPTED
15-25-00055-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 5:12 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00055-CV

**IN THE COURT OF APPEALS**
**FOR THE 15TH DISTRICT AT AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 5:12:04 PM
CHRISTOPHER A. PRINE
Clerk

**Frisco Summit, LP, et al.,**
*Appellants,*

v.

**Frisco Multifamily GP, LLC, et al.,**
*Appellees.*

*Appeal from Cause No. 493-01132-2023*
*In the 493rd District Court of Collin County, Texas*
*Honorable Ashley L. Boyd*

**APPELLEES' SECOND UNOPPOSED MOTION TO**
**EXTEND TIME TO FILE RESPONSE BRIEF**

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Appellees Frisco Multifamily Land GP, LLC; Carleton Development, Ltd.; GH Southwest II, Inc.; Frisco Summit I, LP; Frisco Summit I GP, LLC; Salt River Capital, Inc.; Frisco Summit II, LP; Frisco Summit II GP, LLC; Printice L. Gary; Jeffrey D. Fulenchek; and Neal R. Hildebrandt, move this Court for an extension of time to file their response brief.

**INTRODUCTION**

1.  On March 13, 2025, Appellants filed a notice of appeal in the Court of Appeals for the Fifth District of Texas at Dallas from a Final Judgment signed on January 24, 2025.

1

2. On April 16, 2025, the Supreme Court of Texas transferred the case to the Fifteenth District Court of Appeals at Austin, Texas.

3. On October 7, 2025, Appellants filed their brief.

4. Appellees' brief is currently due on December 8, 2025. Appellees seek a 10-day extension of time, until December 18, 2025, in which to file their brief.

5. This is Appellees' second request for an extension of time to file their brief and the extension sought will not materially delay resolution of this appeal. Appellees do not anticipate requesting further extensions.

**ARGUMENT AND AUTHORITIES**

6. This Court may extend the time to file a brief under the authority of TEX. R. APP. P. 38.6(d).

7. One of the key members of Appellees' appellate team had a trip planned in November. Further, lead counsel for Appellees became Co-Chair of his firm's Litigation Section in early November, in addition to attending depositions and managing several filing deadlines. As a result, a little extra time is requested to complete Appellees' response brief.

**CONCLUSION AND PRAYER**

For the foregoing reasons, Appellees Frisco Multifamily Land GP, LLC; Carleton Development, Ltd.; GH Southwest II, Inc.; Frisco Summit I, LP; Frisco Summit I GP, LLC; Salt River Capital, Inc.; Frisco Summit II, LP; Frisco Summit

II GP, LLC; Printice L. Gary; Jeffrey D. Fulenchek; and Neal R. Hildebrandt, request that the Court grant a 10-day extension of time to file Appellees' response brief until December 18, 2025 and for such and further relief to which Appellees may be justly entitled.

Respectfully submitted,

FERGUSON BRASWELL FRASER KUBASTA PC

By: /s/ Ryan D. Marrone
      John D. Fraser
      State Bar No. 07393550
      Ryan D. Marrone
      State Bar No. 24094567
      Luc J. Whyte
      State Bar No. 24135117
      2500 Dallas Parkway, Suite 600
      Plano, Texas 75093
      Telephone: 972.378.9111
      Facsimile:  972.378.9115
      Email:  rmarrone@fbfk.law
      Email:  jfraser@fbfk.law
      Email:  lwhyte@fbfk.law

      J. Beverly
      State Bar No. 02277280
      3200 Southwest Freeway, Suite 3200
      Houston, Texas 77046
      Telephone: 713-403-4200
      Facsimile: 713-403-4201
      Email:  jb@fbfk.law

      ATTORNEYS FOR APPELLEES

## CERTIFICATE OF CONFERENCE

Counsel for Appellees, Ryan D. Marrone, conferred by email with counsel for Appellants, Mitchell Madden, on December 4, 2025, regarding this motion and counsel indicated that the relief requested herein is unopposed.

*/s/ Ryan D. Marrone*
Ryan D. Marrone

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, the foregoing Motion was filed with the Clerk of the Court using the Court's electronic filing system. True and correct copies will be electronically served by the electronic filing system on the following individuals:

Mitchell Madden
mmadden@hjmmlegal.com
Melissa Johnson
melissa@hjmmlegal.com
HOLMGREN JOHNSON: MITCHELL MADDEN, LLP
12801 North Central Expressway, Suite 140
Dallas, Texas 75243

James A. Moseley
jmoseley@grayreed.com
William N. Drabble
wdrabble@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201

*Attorneys for Appellants*

*/s/ Ryan D. Marrone*
Ryan D. Marrone

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Staci Bednarski on behalf of Ryan Marrone
Bar No. 24094567
sbednarski@fbfk.law
Envelope ID: 108742565
Filing Code Description: Motion
Filing Description: Appellees' Second Unopposed Motion to Extend Time to File Response Brief
Status as of 12/5/2025 7:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William NDrabble | | wdrabble@grayreed.com | 12/4/2025 5:12:04 PM | SENT |
| tania flores | | tflores@thelomm.com | 12/4/2025 5:12:04 PM | SENT |
| Jim Moseley | | jmoseley@grayreed.com | 12/4/2025 5:12:04 PM | SENT |
| Joe W.Beverly | | jb@fbfk.law | 12/4/2025 5:12:04 PM | SENT |
| Staci Bednarski | | sbednarski@fbfk.law | 12/4/2025 5:12:04 PM | SENT |
| Christi Lillie | | clillie@grayreed.com | 12/4/2025 5:12:04 PM | SENT |
| Mitchell Madden | | Mmadden@hjmmlegal.com | 12/4/2025 5:12:04 PM | SENT |
| Shawnte Kinney | | skinney@hjmmlegal.com | 12/4/2025 5:12:04 PM | SENT |
| Melissa Johnson | | Melissa@hjmmlegal.com | 12/4/2025 5:12:04 PM | SENT |
| Ryan D.Marrone | | rmarrone@fbfk.law | 12/4/2025 5:12:04 PM | SENT |
| John D.Fraser | | jfraser@fbfk.law | 12/4/2025 5:12:04 PM | SENT |
| Luc J.Whyte | | lwhyte@fbfk.law | 12/4/2025 5:12:04 PM | SENT |